IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 17, 2008 |
| Court Reporter: Janet Coppock | Time: 28 minutes |
| Probation Officer: Tom Destito | Interpreter: n/a |

**CASE NO. 06-CR-00015-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Guy Till |
| Plaintiff, | |
| vs. | |
| **GREGORY M. HILL,** | Edward Harris |
| Defendant. | |

## HEARING TO CONSIDER RE-SENTENCING

**9:20 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant's appearance has been waived.

Defendant's Motion for Re-Sentencing Pursuant to 18 U.S.C. § 3582(c)(2), (Doc #36), filed 2/12/08.

Comments by Mr. Harris.

Comments by Mr. Till.

Page Two
06-CR-00015-WDM
June 17, 2008

Comments by Mr. Destito.

Further comments by Mr. Harris.

Court states its findings and conclusions.

Record should reflect that the presentence investigation report has been supplemented to incorporate the recommendation of the probation officer.

**ORDERED:** Defendant's Motion for Re-Sentencing Pursuant to 18 U.S.C. § 3582(c)(2), (Doc #36), filed 2/12/08 is **GRANTED** and defendant's sentence of imprisonment is reduced to **63** months as to counts One and Two, to be served concurrently.

**ORDERED:** The Probation Department is directed to prepared an amended judgment, reflecting the reduced sentence.

**9:48 a.m.     COURT IN RECESS**

**Total in court time:        28 minutes**

**Hearing concluded**