# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Supervised Release) |
| v. | Case Number: 06-cr-00015-RBJ-01 |
| | USM Number: 34062-013 |
| GREGORY M. HILL | Edward R. Harris, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law (Driving Under the Influence) | 02/01/13 |
| 2 | Failure to Participate in Drug and Alcohol Testing as Directed by the Probation Officer | 08/07/13 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 26, 2013
Date of Imposition of Judgment

*(Signature of Judge)*

R. Brooke Jackson, U.S. District Court Judge
Name & Title of Judge

12-4-13
Date

DEFENDANT: GREGORY M. HILL
CASE NUMBER: 06-cr-00015-RBJ-01                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 07/16/13 |
| 4 | Use of Alcohol | 08/23/13 |

DEFENDANT:  GREGORY M. HILL
CASE NUMBER:  06-cr-00015-RBJ-01                                            Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months.

The court recommends that the Bureau of Prisons designate defendant to a facility in Colorado if possible, with treatment if available.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal